IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 06-411-M-01 |
| ) | |
| **RANDALL CASSEDAY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, undersigned counsel – a member in good standing of this Court – respectfully moves this Honorable Court to admit Charlotte E. Cluverius *pro hac vice* to participate in court proceedings in the above-captioned case. Charlotte E. Cluverius is a member in good standing of the bar of the District of Columbia (D.C. Bar No. 493655).

Respectfully submitted,

Dated: September 28, 2006

_____
Cary M. Feldman
D.C. Bar No. 202747
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, DC 20036
Phone: (202)466-8960
Fax: (202)293-8103
E-mail: caryf@ftlf.com