IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANDALL CASSEDAY, )<br>)<br>Defendant. )<br>) | Case No: 06-411-M-01 |

### DECLARATION OF CHARLOTTE E. CLUVERIUS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

District of Columbia     ss:

I, Charlotte Eugenie Cluverius, submit the following in support of the motion for my admission to practice *pro hac vice* before this Honorable Court:

1. I am an associate with the law firm of Feldesman Tucker Leifer Fidell LLP located at 2001 L Street, NW, Second Floor, Washington, D.C. 20036 having a telephone number of (202) 466-8960.

2. I am a member in good standing of the Bars of the District of Columbia (Bar No. 493655), Maryland, and Illinois. I have attached my most recent certification of good standing (January 2006, Illinois) and will file a more recent certification from the District of Columbia as soon as I receive it from that bar.

3. I have not been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* to this Court.

Respectfully submitted,

*[signature]*
_____
Charlotte E. Cluverius
D.C. Bar No. 493-655
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, DC 20036
Phone: (202)466-8960
Fax: (202)293-8103
E-mail: ccluverius@ftlf.com

*Counsel for Defendant Randall Casseday*

Dated: September 28, 2006