IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 06-411-M-01 |
| RANDALL CASSEDAY, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please notice the appearance of Cary M. Feldman (D.C. Bar No. 202747) as counsel for Defendant Randall Casseday in the above-captioned matter for the purposes of presentment and detention/preliminary hearing.

Dated: September 28, 2006

Respectfully submitted

Cary M. Feldman
D.C. Bar No. 202747
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, DC 20036
Phone: (202)466-8960
Fax: (202)293-8103
E-mail: ccluverius@ftlf.com

*Counsel for Defendant Randall Casseday*