## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,         ) | |
|         ) | |
|        Plaintiff,    ) | |
|         ) | Case No: 06-411-M-01 |
|      v.         ) | |
|         ) | |
| RANDALL CASSEDAY,      ) | |
|         ) | |
|        Defendant.   ) | |
|         ) | |
|         ) | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, undersigned counsel – a member in good standing of this Court – respectfully moves this Honorable Court to admit Charlotte E. Cluverius *pro hac vice* to participate in court proceedings in the above-captioned case.  Charlotte E. Cluverius is a member in good standing of the bar of the District of Columbia (D.C. Bar No. 493655).

Respectfully submitted,

Dated:  September 29, 2006

_____
Cary M. Feldman
D.C. Bar No. 202747
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.,  Second Floor
Washington, DC 20036
Phone:  (202)466-8960
Fax:  (202)293-8103
E-mail:  caryf@ftlf.com