AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

### DISTRICT OF _____

**FILED**
OCT - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Randall Casseday

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 06-412 M

I, __Randall Casseday__, charged in a (complaint) (petition) pending in this District with __Coercion & Enticement__ in violation of Title __18__, U.S.C., __2422(b)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_signature_
Defendant

10/4/06
Date

_signature_
Counsel for Defendant